# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DAVID E QUINTANILLA,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 2:18-CV-00441-DWC

ORDER GRANTING STIPULATED MOTION TO REMAND

Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 14. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for a de novo hearing and further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ shall:

- Re-evaluate the opinion evidence of record;
- Further evaluate Plaintiff's alleged symptoms;
- As necessary, reassess Plaintiff's maximum residual functional capacity;

- If warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy;
- Offer Plaintiff the opportunity for a hearing;
- Take any further action needed to complete the administrative record; and
- Issue a new decision.

Upon proper request to the Court, Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 26th day of November, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 2